IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EVAN C. FISHINGHAWK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CIV-18-1043-SLP |
| JOE ALLBAUGH, Director, et al., | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell Entered December 14, 2018 [Doc. No. 12]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.[1] Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of January, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] It appears one or more of Plaintiffs' mail has been returned as undeliverable. Plaintiffs are responsible for providing notice of any change of address to the Court. *See* LCvR 5.4(a) (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the Court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).